```
                 UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
                        MIAMI DIVISION
            Case No. 11-23900-CIV-GRAHAM/GOODMAN
```

HILDA L. SOLIS,

    Plaintiff,

vs.

RALPH ABRAVAYA, et. al.,

    Defendants.

_____/

## NOTICE OF COURT PRACTICE IN FLSA CASES

**THIS CAUSE** is before the Court upon a review of the record.

**THE COURT** notes that this is a Fair Labor Standards Act case in which Plaintiff seeks unpaid wages. In order to assist the Court in the management of the case, Plaintiff shall file a statement of claim setting forth the amount of alleged unpaid wages, the calculation of such wages, and the nature of the wages (e.g. overtime or regular) within ten (10) days from the date of this Order.

Plaintiff shall promptly serve a copy of the statement to Defendant's counsel when counsel for the Defendant(s) first appears in the case or at the time of filing if Defendants' counsel has already appeared in the case. Defendant(s) shall file a response within ten (10) days of receiving service of Plaintiff's statement.

If the Parties compromise this action through settlement, the Court requires full documentation of all hours supporting the

lodestar if attorney's fees are or were paid as part the settlement.  The Court will consider a reduction of the lodestar upon consideration of various factors, including results obtained for the Plaintiff.  Furthermore, the Parties are hereby on notice that all settlement agreements in FLSA cases for back wages in this Court will be public documents and must be filed with a settlement stipulation before such agreement will be approved.  A settlement agreement must be filed with the Court in order to secure the Court's approval and, upon filing, the settlement agreement will become a public record open for review to all who are to see it.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of October, 2011.

                                            s/ Donald L. Graham
                                           DONALD L. GRAHAM
                                           UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record