# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

HILDA L SOLIS, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

v                                            Docket No: 1:11-cv-23900-DLG

CAVALIER HOTEL, LLC; CAVALIER CRAB
SHACK, LLC; and RALPH ABRAVAYA;

    Defendants.
_____/

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER

COMES NOW, CAVALIER HOTEL, LLC, CAVALIER CRAB SHACK, LLC; and RALPH ABRAVAYA with this motion for extension of time to file an answer and in support provides as follows:

1. The Defendants were served on or about November 28, 2011.

2. The Defendants have been attempting to secure counsel, but have been unsuccessful.

3. The Defendants anticipate that they may be able to secure counsel within the next 45 days or less.

4. The Defendants have attempted to contact the Plaintiff on the matter without success so their position cannot be ascertained.

5. This request is not being made to delay these proceedings.

WHEREFORE, the Defendants respectfully pray this Honorable Court will grant a 45 day extension to file an answer to the complaint.

Done this 7th day of December 2011.

*/s/ Ralph Abravaya*
RALPH ABRAVAYA
CAVALIER HOTEL, LLC
CAVALIER CRAB SHACK, LLC
1320 Ocean Drive
Miami Beach, FL 33139

## CERTIFICATE OF SERVICE

I HEREBY DO CERTIFY, that a true and correct copy of this pleading was mailed to:

Hilda Solis, Office of the Solicitor, U. S. Department of Labor, 61 Forsyth Street, S.W., Room 7T10 Atlanta, GA 30303 via First Class Mail.

*/s/ Ralph Abravaya*
RALPH ABRAVAYA
CAVALIER HOTEL, LLC
CAVALIER CRAB SHACK, LLC
1320 Ocean Drive
Miami Beach, FL 33139