```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
           CASE NO. 11-23900-CIV-GRAHAM/GOODMAN
```

HILDA L. SOLIS, SECRETARY OF
LABOR, UNITED STATES
DEPARTMENT OF LABOR,

    Plaintiff,

vs.

CAVALIER HOTEL, LLC; CAVALIER
CRAB SHACK, LLC; AND RALPH
ABRAVAYA,

    Defendants.
_____/

## AMENDED ORDER

**THIS CAUSE** came before the Court upon Defendants' Motion for Enlargement of Time to File Answer (D.E. 6), filed December 7, 2011.

**THE COURT** has considered the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendants' Motion is **GRANTED, in part.** Defendants shall have up to and including December 19, 2011 in which to file a response to the Complaint. **No additional extensions of time will be considered throughout the remainder of the litigation.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of December, 2011.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Ralph Abravaya (via certified mail)
    All Counsel of Record