UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:11-cv-23900-DLG

HILDA SOLIS, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

v.

CAVALIER HOTEL, LLC; CAVALIER CRAB
SHACK, LLC; and RALPH ABRAVAYA,

    Defendants.
_____/

## AGREED ORDER ON STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE came before the Court on the Stipulation for Substitution of Counsel, (DE 19) and the Court, being duly advised in the premises,

ORDERS AND ADJUDGES as follows:

1.    Defendants, CAVALIER HOTEL, LLC, CAVALIER CRAB SHACK, LLC and RALPH ABRAVAYA, shall henceforth be represented in this action by the law firm of ASSOULINE & BERLOWE, P.A.

2.    The law firm of SHAPIRO, BLASI, WASSERMAN & GORA, P.A. is hereby relieved of further responsibility as counsel for Defendants, CAVALIER HOTEL, LLC, CAVALIER CRAB SHACK, LLC and RALPH ABRAVAYA, in the action herein.

3.    All future communications to Defendants, CAVALIER HOTEL, LLC, CAVALIER CRAB SHACK, LLC and RALPH ABRAVAYA, will be directed to Defendants, c/o ELLEN M. LEIBOVITCH, ESQ., at the law firm of ASSOULINE & BERLOWE, P.A., 2700 North Military Trail, Suite 150, Boca Raton, Florida 33431.

1

*Hilda Solis, etc. v. Cavalier Hotel, LLC, Cavalier Crab Shack, LLC and Ralph Abravaya*
Case No. 1:11-cv-23900-DLG
Agreed Order on Stipulation for Substitution of Counsel

DONE AND ORDERED on this ___ day of February, 2012.

**DONALD L. GRAHAM**
**UNITED STATES DISTRICT COURT**

Copies furnished to:

Michael B. Shapiro, Esq., Shapiro, Blasi, Wasserman & Gora, P.A., 7777 Glades Rd., Ste. 400, Boca Raton, FL 33434

Ellen M. Leibovitch, Esq., Assouline & Berlowe, P.A., 2700 North Military Trail, Suite 150, Boca Raton, FL 33431

Lydia A. Jones, Esq., Office of the Solicitor, U.S. Department of Labor, 61 Forsyth St., SW, Room 7T10, Atlanta, GA 30303