**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 11-23900-CIV-GRAHAM/GOODMAN**

HILDA L. SOLIS,

    Plaintiff,

v.

CAVALIER HOTEL, LLC,
et al.,

    Defendants.
_____/

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

This matter having been referred to me for a settlement conference by United States District Judge Donald L. Graham, it is hereby ordered that a settlement conference will take place in Chambers on the 4th Floor of the C. Clyde Atkins Building and United States Courthouse, 301 North Miami Avenue, Miami, Florida, on **Wednesday, April 4, 2012 at 10:00 a.m.**

The settlement conference shall be attended by all counsel of record, a corporate representative for each corporate party, and all individual parties.[1]  Corporate representatives shall have full authorization to negotiate, submit, and accept offers of settlement.  Additionally, the conference shall be conducted without a court reporter so that no record of the proceedings will be maintained.

---

[1] In exceptional circumstances, an individual may request to be excused from personally attending if (1) counsel or another individual has full, written authorization to negotiate, submit, and accept offers of settlement and (2) the individual moves for, *and receives*, a court order granting the request.

Each party shall prepare a **confidential settlement conference statement**, which shall consist of a short summary of the procedural posture of the case and a description of the specific claims still at issue, including each party's evidentiary support and defenses. The parties should also include any other details that they believe are important to achieving settlement in this case.  <u>This statement will be confidential and will be read only by the Undersigned and the law clerk working on the file.</u>  To that end, the parties are instructed to email their statements to the Undersigned's e-file inbox at goodman@flsd.uscourts.gov no later than **Monday, April 2, 2012 at 12:00 p.m.**

DONE AND ORDERED in Chambers, at Miami, Florida, February 15, 2012.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

<u>Copies furnished to</u>:
All counsel of record